*Unclaimed Funds* (handwritten)
Check No. 1005 (handwritten)
Receipt No. 82123 (handwritten)
FILED
2011 FEB -8 PM 3: 42
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 393.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Internal Revenue Service | $ 393.68 | $ 0.00 | $ 393.68 |

Total to be paid to priority creditors $ 393.68

Remaining Balance $ 6.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,996.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $ 9,034.49 | $ 0.00 | $ 1.12 |
| 2 | Discover Bank | $ 3,936.98 | $ 0.00 | $ 0.49 |
| 3 | Chase Bank USA, N.A. | $ 17,276.52 | $ 0.00 | $ 2.15 |
| 5 | FirstMerit Bank NA | $ 20,316.63 | $ 0.00 | $ 2.53 |
| 6 | Chase Bank USA,N.A | $ 816.30 | $ 0.00 | $ 0.10 |
| 7 | GE Money Bank | $ 615.29 | $ 0.00 | $ 0.08 |

Total to be paid to timely general unsecured creditors $ 6.47

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,086.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) (Page: 3)

10-51663-mss    Doc 29-1    FILED 02/03/11    ENTERED 02/03/11 11:13:42    Page 3 of 4
10-51663-mss    Doc 33    FILED 02/08/11    ENTERED 02/08/11 16:05:59    Page 1 of 1